JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| KAY BURDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAR LOUIE ANAHEIM, INC.<br><br>　　　　　Defendants. | Case No. SACV 15-0638 AG (Ex)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiff.

Dated February 10, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT